## 34797. PARK NEWSPAPERS OF GEORGIA, INC. et al. v. FERGUSON.

PER CURIAM.
Upon further consideration of the application for writ of certiorari filed in this case, it is ordered that it be dismissed as improvidently granted.
*Dismissed. All the Justices concur, except Hall, Hill and Marshall, JJ., who dissent.*

SUBMITTED MAY 25, 1979 — DECIDED OCTOBER 16, 1979 — REHEARING DENIED OCTOBER 30, 1979.

*Cowart, Varner & Harrington, Roy N. Cowart, Pamela M. Richards,* for appellants.
*Joel Willis,* for appellee.